Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  16−33633−RG
          Chapter:  13
          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilma J Spray
   71 Midwood Road
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−6784

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/15/17 at 10:30 AM

to consider and act upon the following:

*23* − Motion for Relief from Stay re: 71 Midwood Road, Teaneck, NJ 0766. Fee Amount $ 181. Filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC. Hearing scheduled for 11/1/2017 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Mortgage Docs # 3 Proposed Order # 4 Certificate of Service) (Powers, William)

*24* − Certification in Opposition to (related document:23 Motion for Relief from Stay re: 71 Midwood Road, Teaneck, NJ 0766. Fee Amount $ 181. Filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC. Hearing scheduled for 11/1/2017 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Mortgage Docs # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PennyMac Loan Services, LLC) filed by Russell L. Low on behalf of Wilma J Spray. (Low, Russell) Modified text on 10/11/2017 (lc).

Dated: 11/6/17

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court