Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33633−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilma J Spray
   71 Midwood Road
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−6784

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/15/17 at 10:30 AM

to consider and act upon the following:

*23* − Motion for Relief from Stay re: 71 Midwood Road, Teaneck, NJ 0766. Fee Amount $ 181. Filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC. Hearing scheduled for 11/1/2017 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Mortgage Docs # 3 Proposed Order # 4 Certificate of Service) (Powers, William)

*24* − Certification in Opposition to (related document:23 Motion for Relief from Stay re: 71 Midwood Road, Teaneck, NJ 0766. Fee Amount $ 181. Filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC. Hearing scheduled for 11/1/2017 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Mortgage Docs # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PennyMac Loan Services, LLC) filed by Russell L. Low on behalf of Wilma J Spray. (Low, Russell) Modified text on 10/11/2017 (lc).

Dated: 11/6/17

                                                   Jeanne Naughton
                                                   Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Wilma J Spray  
      Debtor

Case No. 16-33633-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 06, 2017  
                       Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.  
db          +Wilma J Spray,    71 Midwood Road,    Teaneck, NJ 07666-5607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2017 22:57:49  
            Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021  
                                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:  
        Brian C. Nicholas     on behalf of Creditor     Toyota Motor Credit Corporation  bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg     magecf@magtrustee.com  
        Russell L. Low     on behalf of Debtor Wilma J Spray rbear611@aol.com,  ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers     on behalf of Creditor     PennyMac Loan Services, LLC ecf@powerskirn.com  
        William M.E. Powers, III     on behalf of Creditor     PennyMac Loan Services, LLC ecf@powerskirn.com  
                                                                                                                  TOTAL: 7