UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2016-1276

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on December 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wilma J. Spray

Case No.: 16-33633-RG

Hearing Date: 11/15/2017

Judge: Honorable Rosemary Gambardella

Chapter: 13

## ORDER MODIFYING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: December 15, 2017

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Wilma J. Spray
Case No.: 16-33633-RG

Caption of Order: ORDER MODIFYING STAY

    Upon the motion of Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC, debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified to allow limited stay relief to permit the movant to institute and prosecute actions through judgment of foreclosure in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property more fully described as: 71 Midwood Road, Teaneck, New Jersey 07666

[ ] Personal more fully described as:

    It is further ORDERED that the movant or its successors or assigns is required to make further application to this Court before conducting a sheriff's sale.

    It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.