| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | <br>Order Filed on January 8, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>　　WILMA J SPRAY | Case No.:  16-33633 RG<br><br>Hearing Date:  1/3/2018 |

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 8, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): WILMA J SPRAY

Case No.: 16-33633

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

   THIS MATTER having come before the Court on 01/03/2018 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must retain realtor by 1/12/18 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must provide the Trustee with listing agreement by 1/12/18 or the case will be dismissed; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 2/7/2018.