Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33633−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Wilma J Spray
  71 Midwood Road
  Teaneck, NJ 07666

Social Security No.:
  xxx−xx−6784

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 10:30 AM

to consider and act upon the following:

**50** − Motion re: Notice of Application for Supplemental Order Vacating Stay Filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC. (Attachments: # 1 Certification # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Proposed Order # 6 Certificate of Service) (Powers, William)

Dated: 5/23/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court