Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  16−33633−RG
                        Chapter:  13
                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilma J Spray
   71 Midwood Road
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−6784

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/6/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 7, 2018
JAN: slm

                                                  Jeanne Naughton
                                                  Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 16-33633-RG
Wilma J Spray                                                Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Aug 07, 2018
                              Form ID: 148             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db             +Wilma J Spray,    71 Midwood Road,    Teaneck, NJ 07666-5607
516733772       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516567512      +Granite State Management & Resources,    POB 3420,    Concord, NH 03302-3420
516544562      +Nhhelc/gsm&r,    Po Box 3420,    Concord, NH 03302-3420
516781596      +PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
516544563       Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles, CA 90051
516544564      +Powers Kirn, LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
516544565      +Summit Collection Svcs,    Po Box 306,    Ho Ho Kus, NJ 07423-0306
516593419      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 00:02:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 00:02:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 08 2018 03:19:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
516762490       EDI: AIS.COM Aug 08 2018 03:18:00      American InfoSource LP as agent for,     Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
516544560      +EDI: CAPITALONE.COM Aug 08 2018 03:19:00      Cap One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
516544561      +EDI: CAPITALONE.COM Aug 08 2018 03:19:00      Capital 1 Bank,    Attn: General Correspondence,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
516704408       EDI: PRA.COM Aug 08 2018 03:18:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
516694876       EDI: PRA.COM Aug 08 2018 03:18:00      Portfolio Recovery Associates, LLC,
                 c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
516694879       EDI: PRA.COM Aug 08 2018 03:18:00      Portfolio Recovery Associates, LLC,
                 c/o Tjx Rewards Credit Card,    POB 41067,    Norfolk VA 23541
516654620      +EDI: RMSC.COM Aug 08 2018 03:19:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516544566       EDI: TFSR.COM Aug 08 2018 03:18:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
                                                                                               TOTAL: 11

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Wilma J Spray rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 07, 2018
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William M.E. Powers, III   on behalf of Creditor   PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                                   TOTAL: 8